UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Leidy Santander Uribe, et. al. ,
Plaintiff(s),
v.
USCIS, et. al. ,
Defendant(s).

Case No. 3:26-cv-08264-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jeffrey A. Devore, an active member in good standing of the bar of State of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Leidy Santander, Juan Hernandez in the above-entitled action. My local co-counsel in this case is Sabrina Damast, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 305710.

| | |
|---|---|
| 4100 RCA Blvd., Suite 110, Palm Beach Gardens, FL 33410 | 510 West 6th Street, Suite 300, Los Angeles, CA 90014 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (561) 478 5353 | (323) 475 8716 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jdevore@devorelawgroup.com | sabrinadamast@gmail.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0845493.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/22/2026

Jeffrey A. Devore
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey A. Devore is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 24, 2026

UNITED STATES MAGISTRATE JUDGE