CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
FAX: (415) 436-6748
shamira.dwarica@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEIDY SANTANDER URIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:26-CV-08264-TSH<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendants' response to the complaint. In support of this request, the parties state as follows:

1. Defendants' response to the complaint is currently due November 9, 2026.

2. The parties make this request because United States Citizenship and Immigration Services (USCIS) has issued a Request for Evidence (RFE) with a response due date of December 9, 2026. Once USCIS receives Plaintiffs' response to the RFE, USCIS will need additional time to review the response and take further adjudicative action.

3. The parties therefore stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint by sixty days, up to and including February 8, 2027. The parties further request a corresponding extension of the deadlines for filing and briefing a motion for summary

judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Under the extended deadlines, the deadline for Defendants to file a motion for summary judgment would be March 8, 2027. There have been no previous modifications of time in this case, whether by stipulation or Court order.

Dated: November 9, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica**
SHAMIRA DWARICA
Assistant United States Attorney
Attorneys for Defendants

Dated: November 9, 2026

*/s/ Jeffrey A. Devore*
JEFFREY A. DEVORE
(Pro Hac Vice)
Devore Law Group, P.A.
Attorneys for Plaintiffs

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 13, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge